H. Weeke, Plaintiff in Error, v. Kirke Monroe, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Escambia.

Writ of Error dismissed by order of the Court.

*H. Weeke,* in pro. per., for Plaintiff in Error;

*Kirke Monroe,* in pro. per., for Defendant in Error.

---

J. C. Steele, Plaintiff in Error, v. J. W. Baggett, et al., Defendants in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Okaloosa.

Writ of Error dismissed on motion of counsel for defendants in error.

*T. A. James,* for Plaintiff in Error;

*Daniel Campbell & Son,* for Defendants in Error.